RBS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFORMATION

**DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar. 20cr711

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia   County: Philadelphia

City and State of Defendant: Princeton, New Jersey

County: Mercer   Register number: N/A

Place of accident, incident, or transaction: Eastern District of Pennsylvania

Post Office: Philadelphia   County: Philadelphia

RELATED CASE, IF ANY:
Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?
YES/NO: Yes
Case Numbers: 16-CR-506; 16-CR-508; 19-CR-316; 19-CR-689; 20-CR-064; 20-CR-065   Judge: Hon. R. Barclay Surrick, USDJ

CRIMINAL: (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ● Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ○ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
15 U.S.C. § 1 (conspiracy to restrain trade – 4 counts)

DATE: March 2, 2020

Daniel A. Velez
Assistant United States Attorney

File No. 2020R00174
*U.S. v. Sandoz Inc.*