IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 20-CR-111** |
| **SANDOZ INC.** | : | |

### ORDER TOLLING SPEEDY TRIAL ACT

The joint motion of the United States and defendant Sandoz Inc. ("Sandoz") for a continuance pursuant to 18 U.S.C. § 3161(h)(2) is hereby granted. Pursuant to Title 18, United States Code, Section 3161(h)(2), and in light of the Deferred Prosecution Agreement ("DPA") between defendant Sandoz and the United States, the prosecution and trial of the Information in this matter is hereby deferred until whichever of the following events occurs first:

1. The United States makes a final determination that Sandoz has breached the DPA, as defined in the DPA, and the United States elects, consistent with the DPA, to prosecute Sandoz on the Information, in which event the United States will request that this case be returned to the Court's calendar; or

2. In the sole discretion of the United States, the United States concludes that Sandoz is in full compliance with all of its obligations under the DPA, and the United States, within 30 days after the expiration of the deferral period (*i.e.*, three years from the filing date of the Information), files a motion with the Court seeking dismissal with prejudice of the Information against Sandoz.

The period of time outlined above shall be excluded in computing the time within which an indictment must be filed or the time within which the trial of any such offense must

2

commence, pursuant to 18 U.S.C. § 3161(h)(2).

       It is so ordered, this _____ day of _____, 2020 at Philadelphia, Pennsylvania

 

_____
HON. R. BARCLAY SURRICK
UNITED STATES DISTRICT JUDGE